| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Cheryl A Desmond |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: MIDDLE District of Pennsylvania (State) | |
| Case number 1:19-bk-03969-HWV | |

# Form 4100R
# Response to Notice of Final Cure                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: NewRez LLC dba Shellpoint Mortgage Servicing     Court claim no. (if known): 7
Last 4 digits of any number you use to identify the debtor's account: 1514

Property address:   202 MOUNTAIN RD ,
                    Number       Street

                    NEW BLOOMFIELD, PA 17068
                    City              State       ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:         $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:     4/1/2023
                                                                   MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                            (a) $_____
   b. Total fees, charges, expenses, escrow and costs outstanding:                      + (b) $_____
   c. Total. Add lines a and b.                                                           (c) $_____
   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became
   due on:
                                                      MM/ DD/ YYYY

| Debtor 1 | Cheryl A Desmond | Case number (if known) | 1:19-bk-03969-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab
   Signature

Date 04/11/2023

Print   Charles G. Wohlrab, Esq.
        First Name   Middle Name   Last Name

Title Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number          Street

          Fairfield, NJ 7004
          City         State        ZIP Code

Contact   470-321-7112

Email cwohlrab@raslg.com

Form 4100R          Response to Notice of Final Cure Payment          page 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 12, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Cheryl A Desmond
202 Mountain Road
New Bloomfield, PA 17068

And via electronic mail to:

Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Jessica Norton

Email: jnorton@raslg.com